UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

CASE NO. 6:16-cr-24-Orl-31GJK

v.

JASON ALEXANDER PHIFER

## REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Maria Chapa Lopez, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant Jason Alexander Phifer in the above-captioned case.

The United States has consulted with Alisha Marie Nair, counsel for the Defendant, and has been advised that the Defendant does not object to the requested relief.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendant Jason Alexander Phifer in the above-captioned case, without prejudice, and direct

the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Vincent S. Chiu
VINCENT S. CHIU
Assistant United States Attorney
Florida Bar No. 0084936
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: vincent.chiu@usdoj.gov

U.S. v. JASON ALEXANDER PHIFER    Case No. 6:16-cr-24-Orl-31GJK

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alisha Marie Nair
Assistant Federal Defender

Mark Rosenblum
Assistant Federal Defender

By: *s/ Vincent S. Chiu*
VINCENT S. CHIU
Assistant United States Attorney
Florida Bar No. 0084936
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:(407) 648-7500
Facsimile:(407) 648-7643
E-mail:    Vincent.Chiu@usdoj.gov