# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                  **CASE NO: 6:16-cr-24-Orl-31GJK**

**JASON ALEXANDER PHIFER**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO DISMISS (Doc. No. 114)**
>
> **FILED:**      **March 20, 2019**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.   The Indictment pending against Jason Alexander Phifer is hereby DISMISSED, without prejudice.   The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant